HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VILLAGE ON MAIN STREET HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:17-cv-1290-JLR<br><br>STIPULATED MOTION FOR DISMISSAL - CORRECTED<br><br>NOTE ON MOTION CALENDAR:<br>MAY 24, 2018 |

Plaintiff Village on Main Street Homeowners Association and Defendant State Farm Fire and Casualty Company stipulate that all claims have been resolved. Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties request that Defendant State Farm Fire and Casualty Company be dismissed with prejudice from this lawsuit without fees or costs awarded to either party. The parties request that the Court close this case.

//
//
//

STIPULATED MOTION FOR DISMISSAL 2:17-CV-1290-JLR– 1

067822.001114 Revised Stipulation (00243286).docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 23rd day of May, 2018.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Daniel Stein*
Daniel Stein, WSBA 48739

Stein, Sudweeks & Houser PLLC
Attorneys for Plaintiff
2701 First Avenue, Suite 430
Seattle WA 98121
206.388.0660 – Phone
206.286.2660 – Fax
dstein@condodefects.com

IT IS SO ORDERED.

DONE this 28th day of May, 2018.

JUDGE JAMES L. ROBART

mAY 24, 2018 2:17-CV-1290-JLR– 2

067822.0011 14 Revised Stipulation (00243286).docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152